**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Agrusa, | No. CV-22-00710-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Hideaway by LLUX Group, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Alternative Service (Doc. 10). The Motion is denied without prejudice for lacking legal support.

Plaintiff alleges that three Defendants are evading service and seeks to serve them "through alternative means as allowed under Fed. R. Civ. Pro. 4(e)(2) . . . ." (Doc. 10 at 3). This Rule, however, however, does not permit alternate service. It states the standard means by which a party may serve another: "(A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). Rule 4(e)(2) does not permit Plaintiff's request to serve Defendants by taping a copy of the documents to Defendants' door and mailing them a copy.

The Court notes that the Federal Rules of Civil Procedure permit Plaintiff to serve Defendants in accordance with the Arizona Rule of Civil Procedure. Fed. R. Civ. P.

4(e)(1). But Plaintiff makes no argument under Arizona's Rules.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Alternative Service (Doc. 10) is **DENIED** without prejudice and with leave to refile.

Dated this 8th day of June, 2022.

Honorable Diane J. Humetewa
United States District Judge